IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARL OBADIAH WATSON                                              PLAINTIFF

v.                              No. 4:22-cv-628-DPM

CHANDRA L. BLACK,
Administrative Law Judge;
SCOTTY DALE DOUTHIT,
Commission Chairman;
CHRISTOPHER L. PALMER,
Commissioner; M. SCOTT
WILLHITE, Commissioner;
ARKANSAS WORKERS
COMPENSATION
COMMISSION; ARKANSAS
DEATH AND PERMANENT
TOTAL DISABILITY TRUST FUND;
STATE OF ARKANSAS                                              DEFENDANTS

ORDER

1. Watson's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports living on disability income.

2. The Court must screen Watson's complaint. 28 U.S.C. § 1915(e)(2). Watson had a bad fall at work. He pursued a claim for workers' compensation benefits through the administrative process and judicial review. His claim did not succeed. *Watson v. Highland Pellets, LLC*, 2022 Ark. App. 132, 643 S.W.3d 267.

Watson's later suit here fails. Having lost in state court, he cannot challenge that decision and pursue workers' compensation benefits in federal court. *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005); *see also Skinner v. Switzer*, 562 U.S. 521, 531–32 (2011). Arkansas and the workers' compensation commission are immune from suit. *Will v. Michigan Department of State Police*, 491 U.S. 58, 71 (1989). Administrative Law Judge Black and Commissioners Douthit, Palmer, and Willhite are also immune from suit because they acted in a judicial capacity on issues within their jurisdiction. *Justice Network Inc. v. Craighead County*, 931 F.3d 753, 759-64 (8th Cir. 2019); *see also, e.g., VanHorn v. Oelschlager*, 457 F.3d 844, 847-48 (8th Cir. 2006). The Court will dismiss the case without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 August 2022