IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARL OBADIAH WATSON                          PLAINTIFF

v.                    No. 4:22-cv-628-DPM

CHANDRA L. BLACK,
Administrative Law Judge;
SCOTTY DALE DOUTHIT,
Commission Chairman;
CHRISTOPHER L. PALMER,
Commissioner; M. SCOTT
WILLHITE, Commissioner;
ARKANSAS WORKERS
COMPENSATION
COMMISSION; ARKANSAS
DEATH AND PERMANENT
TOTAL DISABILITY TRUST FUND;
STATE OF ARKANSAS                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2022