IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARL OBADIAH WATSON                                                PLAINTIFF

v.                          No. 4:22-cv-628-DPM

CHANDRA L. BLACK, Administrative
Law Judge; SCOTTY DALE DOUTHIT,
Commission Chairman; CHRISTOPHER
L. PALMER, Commissioner; M. SCOTT
WILLHITE, Commissioner; ARKANSAS
WORKERS COMPENSATION
COMMISSION; ARKANSAS DEATH
AND PERMANENT TOTAL DISABILITY
TRUST FUND; and STATE OF ARKANSAS                  DEFENDANTS

ORDER

Watson respectfully requests reconsideration. Although Watson argues that he's bringing this suit for alleged constitutional rights violations rather than to pursue workers' compensation benefits, at the core he is still challenging the merits of the state court's decision. *Johnson v. De Grandy*, 512 U.S. 997, 1005-06 (1994). And his questions and points about immunity do not change the applicable law. The Court stands by its previous ruling dismissing the case without prejudice. Motion, *Doc. 5*, denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2022